UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>                    Plaintiff, <br>     v. <br><br> CY EXPO LLC, <br><br>                    Defendant, <br>     v. <br><br> J.P. MORGAN CHASE BANK NA, <br><br>                    Garnishee-Defendant. | CASE NO. 2:23-mc-00051-LK <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

    This matter comes before the Court on Plaintiff's Amended Application for Writ of Garnishment. Dkt. No. 4. Plaintiff seeks a writ of garnishment for property in which the Defendant/Judgment Debtor, CY Expo LLC, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, J.P. Morgan Chase Bank, N.A.

The Court has reviewed the Amended Application for Writ of Garnishment and proposed Amended Writ of Garnishment, along with the remainder of the record in this matter. Being otherwise fully informed, the Court ORDERS that the Clerk of Court shall issue the Writ of Garnishment submitted by Plaintiff's counsel on July 10, 2023. Dkt. No. 4-1.

Dated this 28th day of July, 2023.

*Lauren King*

Lauren King
United States District Judge