UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. 2:23-mc-00051-LK |
| Plaintiff, | JUDGMENT AND ORDER TO PAY |
| v. | |
| CY EXPO LLC, | |
| Defendant, | |
| v. | |
| J.P. MORGAN CHASE BANK N.A., | |
| Garnishee-Defendant. | |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | CY Expo LLC |
| Garnishment Judgment Debtor (Garnishee): | JPMorgan Chase Bank, N.A. |
| Garnishment Judgment Amount: | $7,551.66 |
| Costs: | $177.00 |

JUDGMENT AND ORDER TO PAY - 1

| | |
|---|---|
| Attorney's Fees: | $100.00 |
| Attorney for Judgment Creditor: | Thomas Leahy, WSBA #26365 |
| | Reid, Ballew, Leahy & Holland, L.L.P. |
| | 100 West Harrison Street |
| | North Tower, Suite 300 |
| | Seattle, Washington 98119 |

IT APPEARING THAT Garnishee Defendant JPMorgan Chase Bank, N.A. was indebted to Defendant/Judgment Debtor CY Expo LLC in the nonexempt amount of $7,551.66; that at the time the Writ of Garnishment was issued, Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant; and that Plaintiff has incurred $277 in recoverable costs and attorney's fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Garnishee Defendant JPMorgan Chase Bank, N.A. in the amount of $7,551.66; that Plaintiff is awarded judgment against Defendant CY Expo LLC in the amount of $277 for recoverable costs and attorney's fees; that Garnishee Defendant shall pay its judgment amount to Plaintiff through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $7,551.66; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the Court in the principal amount of $7,551.66, payable to Northwest Administrators, Inc., c/o Reid, Ballew, Leahy & Holland, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle, Washington 98119, and mail or deliver the check to Reid, Ballew, Leahy & Holland, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle, Washington 98119.

Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.[1]

Dated this 20th day of November, 2023.

*Lauren King*
Lauren King
United States District Judge

---

[1] Northwest Administrators, Inc.'s certification of mailing states that the Amended Writ of Garnishment and other documents were sent by certified mail to P.O. Box 21800, El Cajon, CA, 92021, Dkt. No. 9 at 1–2, but the certification does not state that that address is "the last known post office address of the judgment debtor," Wash. Rev. Code § 6.27.130(1). Because CY Expo LLC's website lists that address as its "mailing address," http://www.cyexpo.net/contact.html, it appears that the mailing was sufficient, but future certifications of mailing must explicitly state how Plaintiff complied with Section 6.27.130. *See* Wash. Rev. Code § 6.27.130(2) ("no disbursement order or judgment against the garnishee defendant shall be entered unless there is on file the return or affidavit of service or mailing required by subsection (3)").

JUDGMENT AND ORDER TO PAY - 3